Dismissed and Memorandum Opinion filed May 27, 2004









Dismissed and Memorandum Opinion filed May 27, 2004.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01310-CV

____________

 

CLAUDE HUGH
LLOYD, JR. AND CASSONDRA JEAN LLOYD, Appellants

 

V.

 

BANK ONE,
TEXAS N.A. F/K/A MBANK HOUSTON NATIONAL ASSOCIATION, Appellee

 



 

On Appeal from the
215th District Court

 Harris County, Texas

Trial Court Cause No.   87-59649

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed
November 11, 2003.

On May 26, 2004, appellants filed an
expedited motion to dismiss the appeal.  See
Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 27, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.